# DAWN M. FLORIO LAW FIRM, PLLC
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
*DawnMFlorio@yahoo.com*

*ADMITTED IN NY & NJ STATE AND FEDERAL

January 19, 2021

Via ECF Filing
Honorable Justice Esther Salas
United States District Court
District of New Jersey
50 Walnut Street Street, MLK 5A
Newark, NJ 07101

Re: USA v. Victoria Irizarry
Docket No. 1:20-CR-00189-ES-1

Honorable Justice;

I, Dawn M. Florio, Esq., represents Victoria Irizarry on the above instant matter. I am requesting a postponement of the sentencing currently scheduled for February 2 2021 @ 11am.

I have reached out to AUSA George Brandley and he consents to the request of adjourning Ms. Irizarry's case till May for an in-person appearance. I apologize for any inconvenience this has cause the government. I am requesting that this application be acknowledged and considered.

Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Victoria Irizarry*

CC:    All Counsel